IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CUE HEALTH INC., ) | |
| ) | (Bid Protest) |
| Plaintiff, ) | |
| ) | No. 22-598C |
| v. ) | (Senior Judge Bruggink) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

On July 25, 2022, the Defense Logistics Agency issued a solicitation amendment cancelling Contract Line Item Number 0001 under the solicitation at issue in this case. The parties agree that this case is now moot. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, plaintiff and defendant stipulate and agree to the dismissal of plaintiff's complaint without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: July 26, 2022

                                                                                                          Respectfully submitted,

                                                                                                          /s/ Scott Arnold
                                                                                                          Scott Arnold
                                                                                                         BLANK ROME LLP
                                                                                                         1825 Eye Street, NW
                                                                                                         Washington, D.C. 20006-5403
                                                                                                         T: (202) 420-4736
                                                                                                         F: (202) 420-2201 E:
                                                                                                         Scott.Arnold@blankrome.com
                                                                                                         *Attorney for Cue Health Inc*.

Of Counsel:
Justin A. Chiarodo
Elizabeth N. Jochum
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006-5403

|  |  |
|---|---|
|  | - and - |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | s/ Eric P. Bruskin<br>ERIC P. BRUSKIN |
| OF COUNSEL: | Assistant Director |
| R. ZEN SCHAPER<br>Supervisory Counsel | s/ Daniel B. Volk<br>DANIEL B. VOLK<br>Senior Trial Counsel |
| KATHERINE MCCULLOCH<br>Senior Counsel, Medical | Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice |
| MARIAM W. IBRAHIM<br>Assistant Counsel, Medical<br>DLA Counsel-Troop Support<br>700 Robbins Avenue, Bldg. 45<br>Philadelphia, PA 19111 | P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 353-7955<br>Facsimile: (202) 514-8624<br>daniel.b.volk@usdoj.gov |
|  | Attorneys for Defendant |